MARC M. SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
STEVEN G. SKLAVER (237612)
TIBOR L. NAGY (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
email: mseltzer@susmangodfrey.com
email: smorrissey@susmangodfrey.com
email: ssklaver@susmangodfrey.com
email: tnagy@susmangodfrey.com

MAXWELL M. BLECHER (26202)
COURTNEY A. PALKO (233822)
BLECHER & COLLINS P.C.
515 S. Figueroa Street, 17th Floor
Los Angeles, California 90071
Telephone: (213) 622-4222
Fax: (213) 622-1656
email: mblecher@blechercollins.com
email: cpalko@blechercollins.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON WHITE, BRIAN POLAK, JOVAN HARRIS, and CHRIS CRAIG on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association,<br><br>Defendant. | Case No. CV 06-0999 VBF (MANx)<br><br>[~~PROPOSED~~] **IS** ORDER APPROVING STIPULATED FORM AND MANNER OF CLASS NOTICE<br><br>DATE:   None<br>TIME:   None<br>PLACE: Courtroom of the Hon. ~~R. Gary Klausner~~ Valerie Baker Fairbank |

735409v1/008924

133

# ORDER

For the reasons set forth in the parties' stipulation regarding the form and manner of class notice in this case, the Court hereby approves the parties' proposed form and manner of class notice. The proposed form of notice will properly apprise class members regarding the relevant issues relating to the case, and the proposed manner of notice, *i.e.*, a request by the NCAA to its member schools that personal distribution by mail with plaintiffs bearing the actual costs of first class postage and copying charges (or, alternatively, distribution by the claims administration firm identified by plaintiffs at plaintiffs' expense) be made to the last-known address campus (for current students) or off-campus (for former students) address of each individual class member that the relevant colleges and universities are reasonably able to identify, is the best means practicable for providing class notice in this case. If the parties learn that this manner of notice is not possible, the parties will report to the Court regarding the efforts to provide notice to the Class and any additional forms of notice that may be required.

**IT IS SO ORDERED**

DATED: 3-8-07

_Valerie Baker Fairbank_
Valerie Baker Fairbank
United States District Court Judge

Submitted by:

MARC M. SELTZER
STEPHEN E. MORRISSEY
STEVEN G. SKLAVER
TIBOR L. NAGY
SUSMAN GODFREY L.L.P.

MAXWELL M. BLECHER
COURTNEY A. PALKO
BLECHER & COLLINS P.C.

By: _/s/ Steven G. Sklaver_
   Steven G. Sklaver
Attorneys for Plaintiffs

735409v1/008924

1

1  MILLER, CANFIELD, PADDOCK & STONE PLC
2  GREGORY L. CURTNER
3  BINGHAM McCUTCHEN LLP
4
5  By: /s/ Frank M. Hinman
   Frank M. Hinman
6  Attorneys for Defendant
   National Collegiate Athletic Association

SCANNED

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On March 7, 2007, I served the foregoing document(s) described as follows:

**[PROPOSED] ORDER APPROVING STIPULATED FORM AND MANNER OF CLASS NOTICE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_ BY FAX
I served by facsimile as indicated on the attached service list.

XX  BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on March 7, 2007, at Los Angeles, California

\_\_\_ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XX (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Sandra L. Thomas                    _Sandra L. Thomas_
(Type or Print Name)                (Signature)

687648v1/008924

| | |
|---|---|
| 1 | MASTER SERVICE LIST |

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| Marc M. Seltzer | Gregory L. Curtner |
| Stephen E. Morrissey | Robert J. Wierenga |
| Steven G. Sklaver | Kimberly Kefalas |
| Tibor L. Nagy | Atleen Kaur |
| SUSMAN GODFREY L.L.P. | MILLER, CANFIELD, PADDOCK |
| 1901 Avenue of the Stars, Suite 950 | AND STONE P.L.C. |
| Los Angeles, California 90067-6039 | 101 North Main Street, 7th Floor |
| Telephone: (310) 789-3100 | Ann Arbor, MI 48104-1400 |
| Fax: (310) 789-3150 | Telephone: (734) 663-2445 |
| email: mseltzer@susmangodfrey.com | Fax: (734) 663-8624 |
| email: smorrissey@susmangodfrey.com | email: curtner@millercanfield.com |
| email: ssklaver@susmangodfrey.com | email: wierenga@millercanfield.com |
| email: tnagy@susmangodfrey.com | email: kefalas@millercanfield.com |
| | email: kaur@millercanfield.com |
| Maxwell M. Blecher | David M. Balabanian |
| Courtney A. Palko | Frank M. Hinman |
| BLECHER & COLLINS P.C. | Nora C. Cregan |
| 515 S. Figueroa Street, 17th Floor | Farschad Farzan |
| Los Angeles, California 90071 | BINGHAM MCCUTCHEN LLP |
| Telephone: (213) 622-4222 | Three Embarcadero Center |
| Fax: (213) 622-1656 | San Francisco, CA 94111-4067 |
| email: mblecher@blechercollins.com | Telephone: (415) 393-2000 |
| email: cpalko@blechercollins.com | Fax: (415) 393-2286 |
| | email: david.balabanian@bingham.com |
| | email: frank.hinman@bingham.com |
| | email: nora.cregan@bingham.com |
| | email: farschad.farzan@bingham.com |

687648v1/008924