# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV06-00999-RGK(MANx) |
| Title | Jason White, et al v. National Collegiate Athletic Association |

Date  4/19/07

Present: The Honorable  **MARGARET A. NAGLE**

| Judith Hurley | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

N/A                                  N/A

**Proceedings:**   IN CHAMBERS ORDER

    Counsel have been previously notified that the Defendant's Motion to Compel will be continued from 5/1/07 to 5/8/07, at 10:00 am.

DOCKETED ON CM
APR 19 2007
BY _____ 059

Initials of Preparer